# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| JOSEPH SAM | CIVIL ACTION |
|---|---|
| VERSUS | NO. 08-5064 |
| STATE OF LOUISIANA | SECTION "I"(2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Joseph Sam's Motion for Partial Summary Judgment (Rec. Doc. No. 23) is **DENIED**.

**IT IS FURTHER ORDERED** that Sam's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 29th day of July, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE